# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1628.  CHAN K. KIM v. FIRST INTERCONTINENTAL BANK.**

First Intercontinental Bank brought a petition for declaratory judgment and for reformation of deed against Yong Ho Han and Chan K. Kim, seeking the reformation of a security deed that improperly identified the land lot at issue.  No money judgment was sought.  The superior court entered a final judgment in the plaintiff's favor, granting it a default judgment as to Han and summary judgment as to Kim.  Kim appeals to this Court.

Under Ga. Const. 1983, Art. VI, Sec. VI, Pars. III (1) and (2), the Supreme Court has appellate jurisdiction over cases involving title to land, as well as equity cases.  As this case falls within those categories, it is hereby TRANSFERRED to the Supreme Court for disposition.  See *Fox v. Washburn*, 264 Ga. 617 (449 SE2d 513) (1994) (reviewing action for ejectment and counterclaim for reformation of deed).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/22/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*